IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

YAYA-ABATAN AMUSA OLATUNDE, )
)
Petitioner, )
)
v. ) Case No. 25-3041-JWL
)
C. CARTER, Warden, FCI-Leavenworth, )
)
Respondent. )
)
_____)

## ORDER OF DISMISSAL

On March 13, 2025, petitioner, an alien subject to a removal order, filed a *pro se* petition for habeas corpus under 28 U.S.C. § 2241, in which he challenged his detention by immigration officials. In response to the Court's show-cause order, respondent submitted evidence that on March 19, 2025, petitioner was in fact removed from the United States. Petitioner has not filed a reply brief by the deadline or otherwise disputed that evidence. Accordingly, the Court hereby **dismisses the petition as moot**.

IT IS THEREFORE ORDERED BY THE COURT THAT the petitioner for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 15th day of May, 2025, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge