# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Yaya-abatan Amusa Olatunde,**

      **Petitioner,**

v.                          Case No. 25-3041-JWL

**C. Carter,**

      **Respondent.**

## JUDGMENT IN A CIVIL CASE

( )    **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x)    **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

Entered on the docket 5/15/2025

**Dated: May 15, 2025**           **SKYLER B. O'HARA**
                                        **CLERK OF THE DISTRICT COURT**

                                          **s/J. Lolley**
                                          **Deputy Clerk**